### H. RIGGART v. STATE.

No. A-1325.  Opinion Filed February 3, 1912.

Appeal from Oklahoma County Court; John W. Hayson, Judge.

H. Riggart was convicted of violating the prohibitory law, and appeals.  Affirmed.

Lee F. Wilson and E. G. Wilson, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM.  Plaintiff in error was convicted at the April, 1911, term of the county court of Oklahoma county, on a charge of having the unlawful possession of intoxicating liquor for the purpose of sale, and his punishment fixed at a fine of five hundred dollars and imprisonment in the county jail for a period of six months.  No errors appearing from the record, the judgment of the trial court is affirmed.